June 16, 1939

No. 4607.—

Rohner, Gehrig & Co., Inc. v. United States. Entered at New York. Not published. Motion by plaintiff.